# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KATHY ALIANO, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 16-cv-2623 |
| v. | ) ) ) ) ) ) | Judge John W. Darrah |
| TRADER JOE'S COMPANY, | ) ) | |
| Defendant. | ) | |

## AGREED MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Plaintiff Kathy Aliano and Defendant Trader Joe's Company, by and through their undersigned counsel, hereby bring this Agreed Motion to Transfer Venue to the United States District Court for the Central District of California, pursuant to 28 U.S.C. § 1404(a). The grounds supporting this motion are set forth in the accompanying memorandum of points and authorities.

DATED: June 24, 2016                ZIMMERMAN LAW OFFICES, P.C.

                        By:    /s/ Thomas A. Zimmerman, Jr.
                               THOMAS A. ZIMMERMAN, JR.
                               *tom@attorneyzim.com*
                               ZIMMERMAN LAW OFFICES, P.C.
                               77 W. Washington Street, Suite 1220

1

                              Chicago, Illinois 60602
                              (312) 440-0020 telephone
                              (312) 440-4180 facsimile
                              Attorneys for Plaintiff KATHY ALIANO

DATED:  June 24, 2016        JENNER & BLOCK LLP


                          By:    /s/ Robert L. Byman_____
                                  ROBERT L. BYMAN
                                  Bar ID Number: 0361909
                                  rbyman@jenner.com
                                  353 N. Clark St.
                                  Chicago, IL 60654
                                  (312) 222-9350 telephone
                                  (312) 527-0484 facsimile
                                  Attorney for Defendant TRADER JOE'S
                                  COMPANY