### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Kathy Aliano | ) | Case No: 16 C 2623 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Trader Joe's Company | ) | |
| | ) | |

## ORDER

Agreed Motion to Transfer Venue to the United States District Court for the Central District of California [25] is granted. The clerk shall transfer this case forthwith. Civil case closed.

Date:  6/27/16                                                              /s/ Judge John W. Darrah